UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SUSAN FAULLS )<br>)<br>**Plaintiff** )<br>)<br>vs. )<br>)<br>ALLIANCEONE RECEIVABLES )<br>MANAGEMENT, INC. )<br>)<br>)<br>**Defendant** ) | **Case Number: 09-1463**<br><br>**CIVIL COMPLAINT**<br><br><br>**JURY TRIAL DEMANDED** |

## STIPULATION OF DISMISSAL

AND NOW, this 2nd day of July, 2009, it is hereby Stipulated and Agreed by and between counsel for plaintiff and counsel for defendant in the above captioned matter that the above captioned matter be dismissed with prejudice.

Warren & Vullings, LLP

BY: /s/ *Brent F. Vullings*
Brent F. Vullings, Esquire
Attorney for Plaintiff

Marshall Dennehey Warner Coleman & Goggin

BY: /s/ Andrew M. Schwartz
Andrew M. Schwartz, Esquire
Attorney for Defendant